NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**XPRT VENTURES, LLC,**
*Appellant,*

v.

**EBAY INC.,**
*Appellee.*

_____

2014-1579

_____

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 95/001,588.

--------------------------------------------------------------------------------

**XPRT VENTURES, LLC,**
*Appellant,*

v.

**EBAY INC.,**
*Appellee.*

_____

2014-1583

_____

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 95/001,589.

---

**XPRT VENTURES, LLC,**
*Appellant,*

v.

**EBAY INC.,**
*Appellee.*

_____

2014-1584

_____

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 95/001,596.

---

**XPRT VENTURES, LLC,**
*Appellant,*

v.

**EBAY INC.,**
*Appellee.*

_____

2014-1640

_____

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 95/001,597.

_____

**ON MOTION**

_____

# ORDER

XPRT Ventures, LLC moves unopposed for an extension of time to file its opening briefs until 30 days after this court decides eBay Inc.'s motions to stay proceedings in 2014-1579, 2014-1583, 2014-1584, and 2014-1640.

Upon consideration thereof,

IT IS ORDERED THAT:

The motions are granted.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s25