NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**XPRT VENTURES, LLC,**
*Appellant,*

v.

**EBAY INC.,**
*Appellee.*

---

2014-1579

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 95/001,588.

-------------------------------------------------------------------------------

**XPRT VENTURES, LLC,**
*Appellant,*

v.

**EBAY INC.,**
*Appellee.*

---

2014-1583

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 95/001,589.

---

**XPRT VENTURES, LLC,**
*Appellant,*

v.

**EBAY INC.,**
*Appellee.*

———————————

2014-1584

———————————

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 95/001,596.

---

**XPRT VENTURES, LLC,**
*Appellant,*

v.

**EBAY INC.,**
*Appellee.*

———————————

2014-1640

———————————

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 95/001,597.

———————————

**ON MOTION**

———————————

Before DYK, *Circuit Judge.*

# O R D E R

eBay Inc. moves without opposition to stay proceedings in this court in 2014-1579, 2014-1583, 2014-1584, and 2014-1640 pending appeals to this court of the final decisions of the United States Patent and Trademark Office Patent Trial and Appeal Board ("Board") in Reexamination Nos. 95/001,590 and 95/001,594.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motions are granted. The briefing schedules in 2014-1579, 2014-1583, 2014-1584, and 2014-1640 are stayed.

(2) The parties are directed to advise this court within 7 days of the docketing of the appeal of the Board's decision in the latter of the two pending *inter partes* reexaminations as to how they believe the current appeals should proceed.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s25